# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM 39187**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Alexzander L. ROSSI**
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 20 October 2017

————————————

*Military Judge:* Lyndell M. Powell.

*Approved sentence:* Dishonorable discharge, confinement for 12 months, and reduction to E-1. Sentence adjudged 27 September 2016 by GCM convened at Joint Base Charleston, South Carolina.

*For Appellant:* Captain Patrick A. Clary, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Major Amanda L.K. Linares, USAF; Major Mary Ellen Payne, USAF; Major Meredith L. Steer, USAF; Gerald R. Bruce, Esquire.

Before MAYBERRY, JOHNSON, and SPERANZA, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.[*]

FOR THE COURT

KATHLEEN M. POTTER
Acting Clerk of the Court

---

[*] We note two errors in the corrected promulgating order. With respect to the language of Specification 2 of the Charge, the order incorrectly reads ". . . he believed to be a child who had attained the age of 16 years . . ." whereas the specification alleges ". . . he believed to be a child who had not attained the age of 16 years . . . ." The order contains a similar error with respect to the language of Specification 3. We direct the publication of a second corrected court-martial order to remedy these errors.